STATE OF TEXAS      §

This is to certify that I, Tony Small, am employed by the Texas Department of Public Safety; that I am the Custodian of Motor Vehicle Crash Records for such Department; that the attached is a true and correct copy of the peace officer's report filed with the Crash Records Bureau referred to in the attached request with the crash date of _12/10/04_ which occurred in _Nueces Co._; that the investigations of motor vehicle crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash Report is required by law to be completed and filed with this Department; that this report sets forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.

In Testimony Whereof, I hereunto set my hand and affix the Seal of the Department of Public Safety of the State of Texas. Done at my office, in the City of Austin, this _18th_ day of _October_, 20_05_.



Tony Small
Custodian of Crash Records

CRB-93   (Rev. 03/05)

PLAINTIFF'S
EXHIBIT
2

# TEXAS PEACE OFFICER'S ACCIDENT REPORT

ST-3 (REV. 9/1/01) — MAIL TO: ACCIDENT RECORDS, TEXAS DEPARTMENT OF PUBLIC SAFETY, P.O. BOX 4087, AUSTIN TX 78773-0350

**LOC. NO.** 0409875

**PLACE WHERE ACCIDENT OCCURRED**
COUNTY: NUECES 17802
CITY OR TOWN: CORPUS CHRISTI (SHOW ONLY IF IN CITY LIMITS)

COPY FORWARDED TO DPS 1-14-05
FATAL
A DEC 21 2004

IF ACCIDENT WAS OUTSIDE CITY LIMITS, INDICATE FROM NEAREST TOWN: ___ MI. N S E W of ___

**DO NOT WRITE IN THIS SPACE**
DPS NO. 500
LOC. ___
CODE ___
SEVERITY K

**ROAD ON WHICH ACCIDENT OCCURRED**: 6700 PINTAIL DRIVE
CONST. ZONE: [ ] YES SPEED [X] NO LIMIT 30

**INTERSECTING STREET OR RR X'ING NUMBER**: ___
CONST. ZONE: [ ] YES SPEED [ ] NO LIMIT

**NOT AT INTERSECTION**: 101 [X] FT. [X] N [ ] S [ ] E [ ] W of BALDPATE DRIVE

TYPE ___
FAT. REC. ___

**DATE OF ACCIDENT**: DECEMBER 10, 2004
**DAY OF WEEK**: FRIDAY
**HOUR**: 6:22 AM [X] A.M. [ ] P.M.
DR. REC. ___

## UNIT NO. 1 — MOTOR VEHICLE
VEH IDENT NO: 1B4HR48N82F104989
YEAR MODEL: 2002 COLOR & MAKE: BLUE DODGE MODEL NAME: DURANGO BODY STYLE: 4 DOOR
LICENSE PLATE: 2005 TX N90SSG
DRIVER'S NAME: ___
PHONE NUMBER: 361-991-7768
OCCUPATION: TEACHER
SPECIMEN TAKEN: 1-BREATH 2-BLOOD 3-OTHER 4-NONE 5-REFUSED
PEACE OFFICER, EMS DRIVER, FIRE FIGHTER ON EMERGENCY? [ ] YES [ ] NO
LESSEE [ ] OWNER [X]: VETTERS, SHARON STOCKTON 6714 PINTAIL CORPUS CHRISTI TEXAS 78413
LIABILITY INSURANCE: YES [X] NO [ ]
INSURANCE COMPANY: USAA
POLICY NUMBER: 004720980M71021
VEHICLE DAMAGE RATING: N/A

## UNIT NO. 2 — MOTOR VEHICLE [X] TRAIN [ ] PEDALCYCLIST [ ] TOWED [ ] PEDESTRIAN [ ] OTHER [ ]
(blank)

**DAMAGE TO PROPERTY OTHER THAN VEHICLES**: NONE

**LIGHT CONDITION**: 4 (1-DAYLIGHT, 2-DAWN, 3-DARK-NOT LIGHTED, 4-DARK-LIGHTED, 5-DUSK)
**WEATHER**: 1 (1-CLOUDY, 2-RAINING, 3-SNOWING, 4-FOG, 5-BLOWING DUST, 6-SMOKE, 7-SLEETING, 8-HIGH WINDS, 9-OTHER)
**SURFACE**: 1 (1-DRY, 2-WET, 3-MUDDY, 4-SNOW/ICY, 5-OTHER)
**TYPE ROAD**: 1 (1-BLACKTOP, 2-CONCRETE, 3-GRAVEL, 4-SHELL, 5-DIRT, 6-OTHER)

DEC 15 '04 PM 4:5

IN YOUR OPINION, DID THIS ACCIDENT RESULT IN AT LEAST $1000.00 DAMAGE TO ANY ONE PERSON'S PROPERTY? [X] YES [ ] NO

**CHARGES FILED**
NAME: NONE CHARGE: ___
NAME: ___ CHARGE: ___

COPY FROM CUSTODIAL FILE

**TIME NOTIFIED OF ACCIDENT**: 12/10/04 6:42 AM HOW: TELEPHONE
**TIME ARRIVED AT SCENE OF ACCIDENT**: 12/10/04 7:30 AM
**TYPED OR PRINTED NAME OF INVESTIGATOR**: M. PENA
**DATE REPORT MADE**: 12/10/04
**IS REPORT COMPLETE?**: [X] YES [ ] NO
**ID. NO.**: 0535
**DEPARTMENT**: CCPD
**DIST./AREA**: ___

44900

| SOLICITATION (SOL) | EJECTED | CODE FOR TYPE RESTRAINT USED | AIRBAG CODE | HELMET USE | CODE FOR INJURY SEVERITY | ALCOHOL/DRUG ANALYSIS (COMPLETE IF CASUALTIES NOT IN MOTOR VEHICLE) |
|---|---|---|---|---|---|---|
| INDICATES PERSONS DESIRE TO RECEIVE CONTACT FROM PERSONS SEEKING PROFESSIONAL EMPLOYMENT AS/FOR AN ATTORNEY, CHIROPRACTOR, PHYSICIAN, SURGEON, PRIVATE INVESTIGATOR, OR ANY OTHER PERSON REGISTERED OR LICENSED BY A HEALTH CARE REGULATORY AGENCY.  Y - O.K. TO SOLICIT  N - NO SOLICIT | A - NOT APPLICABLE<br>Y - YES<br>N - NO<br>P - PARTIALLY<br>U - UNKNOWN | A - SEATBELT & SHOULDER STRAP<br>B - SEATBELT & NO SHOULDER STRAP<br>C - CHILD RESTRAINT<br>E - SHOULDER STRAP ONLY<br>N - NONE | Y - DEPLOYMENT<br>N - NO DEPLOYMENT<br>U - UNK IF DEPLOYED | 1 - WORN-DAMAGED<br>2 - WORN-NOT DAMAGED<br>3 - WORN-UNK IF DAMAGED<br>4 - NOT WORN<br>5 - UNKNOWN IF WORN | K - KILLED<br>A - INCAPACITATING INJURY<br>B - NON INCAPACITATING<br>C - POSSIBLE INJURY<br>N - NOT INJURED | 1 - BREATH<br>2 - BLOOD<br>3 - OTHER<br>4 - NONE<br>5 - REFUSED |

**UNIT NO. 1**  DAMAGE RATING: N/A  TOWED DUE TO DAMAGE: YES [ ]  NO [X]  VEHICLE REMOVED TO: 3918 BRATTON  BY: AMEYS TOWING

| ITEM NO. | OCCUPANT'S POSITION | NAME (LAST NAME FIRST) | ADDRESS | SOL | EJECTED | TYPE RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DRIVER | SEE FRONT | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |

**UNIT NO. 2**  DAMAGE RATING:  TOWED DUE TO DAMAGE: YES [ ]  NO [X]  VEHICLE REMOVED TO:  BY:

| ITEM NO. | OCCUPANT'S POSITION | NAME (LAST NAME FIRST) | ADDRESS | SOL | EJECTED | TYPE RESTRAINT USED | AIRBAG | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DRIVER | SEE FRONT | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |

| | PEDESTRIAN PEDALCYCLIST ETC. | CASUALTY NAME (LAST NAME FIRST) | CASUALTY ADDRESS (STREET, CITY, STATE, ZIP) | SOL | TYPE SPECIMEN TAKEN | RESULT | HELMET | AGE | SEX | INJURY CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | PEDESTRIAN | VETTERS, SHARON STOCKTON | 6714 PINTAIL CORPUS CHRISTI TEXAS 78413 | N | 4 | N | 4 | 58 | F | (K) |
| 12 | | | | | | | | | | |

**DISPOSITION OF KILLED OR INJURED**

| ITEM NUMBERS | TAKEN TO | BY | TIME NOTIFIED | TIME ARRIVED AT SCENE | NO. ATTENDANTS INC. DRIVER |
|---|---|---|---|---|---|
| 11 | SPOHN MEMORIAL MEDICAL CENTER | CCFD EMS | 6:23 AM | 6:32 AM | 2 |

**COMPLETE THIS SECTION IF PERSON KILLED**

| ITEM NUMBER | DATE OF DEATH | TIME OF DEATH | ITEM NUMBER | DATE OF DEATH | TIME OF DEATH | ITEM NUMBER | DATE OF DEATH | TIME OF DEATH |
|---|---|---|---|---|---|---|---|---|
| 11 | 12/11/04 | 2:57 AM | | | | | | |

**INVESTIGATOR'S NARRATIVE OPINION OF WHAT HAPPENED** (ATTACH ADDITIONAL SHEETS IF NECESSARY)

IT IS BELIEVED THAT UNIT #1 WAS PARKED AND IN THE DRIVE WAY WHEN IT SLIPPED INTO REVERSE. THE PEDESTRIAN ATTEMPTED TO GET BACK INTO THE VEHICLE AND PLACE IT IN PARK WHEN SHE WAS STRUCK BY THE VEHICLE. RESPONDING OFFICERS ADVISED THAT THE VEHICLE WAS STILL IN REVERSE THE DOOR WAS SHUT AND ON WHEN THEY ARRIVED. THERE WAS NO INDICATION OF WHAT PART OF THE VEHICLE STRUCK THE PEDESTRIAN.

**DIAGRAM**  ONE WAY [ ]  TWO WAY [X]  DIVIDED [ ]   INDICATE NORTH

See Attached Diagram

**TRAFFIC CONTROL:** 0

0 - NO CONTROL OR INOPERATIVE
1 - OFFICER OR FLAGMAN
2 - STOP AND GO SIGNAL
3 - STOP SIGN
4 - FLASHING RED LIGHT
5 - TURN MARKS
6 - WARNING SIGN
7 - RR GATES OR SIGNALS
8 - YIELD SIGN
9 - CENTER STRIPE OR DIVIDER
10 - NO PASSING ZONE
11 - OTHER CONTROL

**FACTORS AND CONDITIONS LISTED ARE THE INVESTIGATOR'S OPINION**

| FACTORS/CONDITIONS CONTRIBUTING | OTHER FACTORS/CONDITIONS MAY OR MAY NOT HAVE CONTRIBUTED |
|---|---|
| UNIT 1  - - - | UNIT 1  - - - |
| UNIT 2  - - - | UNIT 2  - - - |

1. ANIMAL ON ROAD - DOMESTIC
2. ANIMAL ON ROAD - WILD
3. BACKED WITHOUT SAFETY
4. CHANGED LANE WHEN UNSAFE
5. DEFECTIVE OR NO HEADLAMP
6. DEFECTIVE OR NO STOP LAMPS
7. DEFECTIVE OR NO TAIL LAMPS
8. DEFECTIVE OR NO TURN SIGNAL LAMPS
9. DEFECTIVE OR NO TRAILER BRAKES
10. DEFECTIVE OR NO VEHICLE BRAKES
11. DEFECTIVE STEERING MECHANISM
12. DEFECTIVE OR SLICK TIRES
13. DEFECTIVE TRAILER HITCH
14. DISABLED IN LANE OF TRAFFIC
15. DISREGARD STOP AND GO SIGNAL
16. DISREGARD STOP SIGN OR LIGHT
17. DISREGARD TURN MARKS AT INTERSECTION
18. DISREGARD WARNING SIGN AT CONSTRUCTION
19. DISTRACTION IN VEHICLE
20. DRIVER INATTENTION
21. DROVE WITHOUT HEADLIGHTS
22. FAILED TO CONTROL SPEED
23. FAILED TO DRIVE IN SINGLE LANE
24. FAILED TO GIVE HALF OF ROADWAY
25. FAILED TO HEED WARNING SIGN
26. FAILED TO PASS TO LEFT SAFETY
27. FAILED TO PASS TO RIGHT SAFETY
28. FAILED TO GIVE SIGNAL OR GAVE WRONG SIGNAL
29. FAILED TO STOP AT PLACE
30. FAILED TO STOP FOR SCHOOL BUS
31. FAILED TO STOP FOR TRAIN
32. FAILED TO YIELD ROW - EMERGENCY VEHICLE
33. FAILED TO YIELD ROW - OPEN INTERSECTION
34. FAILED TO YIELD ROW - PRIVATE DRIVE
35. FAILED TO YIELD ROW - STOP SIGN
36. FAILED TO YIELD ROW - TURNING LEFT
37. FAILED TO YIELD ROW - TURN ON RED
38. FAILED TO YIELD ROW - TURN ON RED
39. FAILED TO YIELD ROW - YIELD SIGN
40. FATIGUED OR ASLEEP
41. FAULTY EVASIVE ACTION
42. FIRE IN VEHICLE
43. FLEEING OR EVADING POLICE
44. FOLLOWED TOO CLOSELY
45. HAD BEEN DRINKING
46. HANDICAPPED DRIVER (EXPLAIN IN NARRATIVE)
47. ILL (EXPLAIN IN NARRATIVE)
48. IMPAIRED VISIBILITY (EXPLAIN IN NARRATIVE)
49. IMPROPER START FROM PARKED POSITION
50. LOAD NOT SECURED
51. OPENED DOOR INTO TRAFFIC
52. OVERSIZED LOAD OR VEHICLE
53. OVERTAKE AND PASS INSUFFICIENT CLEARANCE
54. PARKED AND FAILED TO SET BRAKES
55. PARKED IN TRAFFIC LANE
56. PARKED WITHOUT LIGHTS
57. PASSED IN NO PASSING ZONE
58. PASSED ON RIGHT SHOULDER
59. PEDESTRIAN FAILED TO YIELD ROW TO VEHICLE
60. SPEEDING - UNSAFE (UNDER LIMIT)
61. SPEEDING - OVER LIMIT
62. TAKING MEDICATION (EXPLAIN IN NARRATIVE)
63. TURNED IMPROPERLY - CUT CORNER ON LEFT
64. TURNED IMPROPERLY - WIDE RIGHT
65. TURNED IMPROPERLY - WRONG LANE
66. TURNED WHEN UNSAFE
67. UNDER INFLUENCE - ALCOHOL
68. UNDER INFLUENCE - DRUG
69. WRONG SIDE - APPROACHING OR IN INTERSECTION
70. WRONG SIDE - NOT PASSING
71. WRONG SIDE - ONE WAY ROAD
72. DRIVER INATTENTION - (CELL/MOBILE PHONE USE)
73. ROAD RAGE
74. OTHER FACTOR (WRITE ON LINE BELOW)

| Corpus Christi Police | | ADEC 21 2004 | Case Number |
| --- | --- | --- | --- |
| | | | 04-077183 |
| Drawn By | Date Drawn | Incident Date: 12/10/2004 | Scale |
| M. Pena #535 | 12/10/2004 | Location: 6700 Pintail | Not to scale |

Diagram: Intersection at 6700 Pintail Drive. Compass rose shown. Buildings labeled "6717 PINTAIL" (west) and "6714 PINTAIL" (east), with driveways connecting to the north-south street. A vehicle is shown in the roadway south of the intersection.

