UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

STEVEN T. VETTERS §

VS § CA-C-05-003

DAIMLER CHRYSLER CORPORATION §

### ORDER OF DISMISSAL

The parties have advised the court that they have settled this case. Therefore, it is ordered that the case is dismissed.

This dismissal is without prejudice for a period of 30 days. If settlement is not consummated in 30 days, either party may move for reinstatement on the docket within ten days thereafter. If there is no motion filed and granted, this case is dismissed with prejudice.

ORDERED this the _21_ day of December, 2005.

HAYDEN HEAD
CHIEF JUDGE