UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STEVEN T. VETTERS, ET AL | § | |
| VS | § | CA-C-05-003 |
| DAIMLER CHRYSLER CORPORATION | § | |

## FINAL JUDGMENT

Final judgment is entered. This case is dismissed without prejudice for a period of 30 days. If settlement is not consummated in 30 days, either party may move for reinstatement on the docket within ten days thereafter. If there is no motion filed and granted, this case is dismissed with prejudice.

ORDERED this the _21_ day of December, 2005.

HAYDEN HEAD
CHIEF JUDGE